# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

---

LEAH WALKER, on behalf of herself and all others similarly situated,

    Plaintiffs,

v.

Venus Fashion, Inc.,

    Defendant.

---

Case no. 1:25-cv-292

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: June 12, 2025

EQUAL ACCESS LAW GROUP, PLLC

*Attorneys for Plaintiff*

**/s/ David B. Reyes**

By: David B. Reyes, Esq.

68-29 Main Street,

Flushing, NY 11367

Tel: (630)-478-0856

Email: Dreyes@ealg.law